1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AARON STRIBLING,

11          Plaintiff,              No. CIV S-10-3247 KJM CKD P

12      vs.

13   BORTOLEMEDI, et al.,

14          Defendants.

15   _____/        ORDER

16          Defendant Bortolemedi's motion to dismiss having been denied on April 2, 2012,

17   IT IS HEREBY ORDERED that his answer be filed within fourteen days.

18    Dated: April 3, 2012

19                                   _____

20                                   CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE
21

22   1
     strib3247.ans
23

24

25

26