**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendant
BORTOLEMEDI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRIBLING, | CASE NO: 2:10-cv-3247-KJM CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| BORTOLEMEDI, | |
| Defendant. | |

### ORDER

Defendant BORTOLEMEDI seeks an order from the Court, pursuant to Federal Rule of Civil Procedure 30(b)(4), to permit defendant's counsel to conduct the deposition of plaintiff AARON STRIBLING via videoconference.

Having read defense counsel's request,

IT IS HEREBY ORDERED THAT:

1. Defendant's request to conduct plaintiff's deposition via videoconference is GRANTED.

/ / /

/ / /

/ / /

*Stribling v. Bortolemedi  [2:10-cv-03247-CKD]* Order Regarding Videoconference Deposition     Page 1

2. Nothing in this Order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

Dated: June 20, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE