IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON STRIBLING,

    Plaintiff,                    No. 2:10-cv-3247 KJM CKD P

    vs.

BORTOLEMEDI, et al.,

    Defendant.              <u>ORDER</u>

        Plaintiff has filed a motion asking that defendant be held in default for "falsification of documentation." Falsification of documents is not a basis to hold defendant in default and, in any case, plaintiff has not shown that defendant falsified any documents. Plaintiff's motion is denied and plaintiff is warned that if he files frivolous motions such as this in the future he will be sanctioned, possibly with dismissal of this action.

Dated: July 24, 2012

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

1
strib3247.def

1