IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON STRIBLING,

    Plaintiff,                        No. 2:10-cv-3247 CKD P

    vs.

BORTOLEMEDI, et al.,

    Defendant.                   <u>ORDER</u>

/

    Plaintiff has filed a motion asking that defendants be sanctioned for not bringing someone with full authority to settle to the settlement conference which occurred August 23, 2012. Any concerns plaintiff had with anything occurring at the settlement conference should have been brought to the attention of Magistrate Judge Kellison, the judge who presided over the settlement conference, at the settlement conference. Plaintiff's motion (Dkt. No. 53) is denied.

Dated: November 13, 2012

                                                     _/s/ Carolyn K. Delaney_
                                                     CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE

1
strib3247.san