IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON STRIBLING,

    Plaintiff,           No. 2:10-cv-3247 CKD P

    vs.

BORTOLEMEDI, et al.,

    Defendants.      <u>ORDER</u>

                               /

        The dispositive motion filing deadline for this action expired on November 20, 2012 (dkt. no. 48) and there are no matters pending. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before December 26, 2012. Plaintiff's failure to file his pretrial statement by that date will result in dismissal of this action.

/////

/////

/////

/////

/////

2. Defendant Bortolemedi shall file his pretrial statement within 21 days of service of plaintiff's.

Dated: November 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
stri3247.pts