UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AARON STRIBLING,

    Plaintiff,                        No. 2:10-cv-3247 CKD P

    v.

BORTOLEMEDI,

    Defendant.                     <u>ORDER</u>

_____/

        Defendant requests that the court vacate the June 17, 2013 trial date in this matter and set a new date. Good cause appearing, IT IS HEREBY ORDERED that the June 17, 2013 trial date established in the court's January 23, 2013 pretrial order is vacated. Trial is now scheduled for May 20, 2013 at 9:00 a.m.

Dated: February 11, 2013

                                               /s/ Carolyn K. Delaney
                                               CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE

stri3247.vtd