IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON STRIBLING,

    Plaintiff,                                No. 2:10-cv-3247 CKD P

   vs.

BORTOLEMEDI,

    Defendant.                             <u>ORDER</u>

_____/

        On January 23, 2013, the court issued the "pretrial order" for this case. Plaintiff has asked that the "pretrial order' be amended to include three additional potential exhibits: 1) Crime / Incident report, including supplements by M. Yabarra, Log No. SAC-FAB-10-01-0064; 2) "Medical Report of Injury or Unusual Occurrence;" and 3) "Medical Reconciliation Form." Good cause appearing, document number 1 will be added to plaintiff's list of potential exhibits. The court will not add the other two documents because plaintiff does not describe the documents with sufficient particularity.

        Plaintiff additionally asks that the court order officials at his prison to allow plaintiff to review all of his medical records so that he can obtain copies of documents showing his pain and suffering since defendant allegedly used excessive force against plaintiff on January 27, 2010. However, plaintiff did not identify any medical records as potential trial exhibits in his

1

1  pretrial statement and he has not explained why he did not do so.  Furthermore, in his pretrial
2  statement, he did not request an extension of time to seek more exhibits.  For these reasons,
3  plaintiff's request will be denied.  Plaintiff is of course free to seek an "Olsen Review" of his
4  medical records via proper institutional channels, but plaintiff is reminded that he will not be
5  allowed to add any more documents to his potential exhibit list unless he makes the showing
6  described on page 5 of the "pretrial order."

    Good cause appearing, IT IS HEREBY ORDERED that:

    1.  The court's January 23, 2013 pretrial order is amended to include the "Crime / Incident report, including supplements by M. Yabarra, Log No. SAC-FAB-10-01-0064" as one of plaintiff's potential trial exhibits.

    2.  The other objections to the court's January 23, 2013 pretrial order identified in the document filed by plaintiff on February 7, 2013, and the request that the court order officials at plaintiff's prison to allow plaintiff to review his medical records, are denied.

Dated: February 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] strib3247.obs