IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON STRIBLING,

    Plaintiff,                    No. 2:10-cv-3247 CKD P

    vs.

BORTOLOMEDI,

    Defendant.                 ORDER

                            /

        A trial confirmation hearing was held in this matter on March 13, 2013.  Plaintiff appeared pro se.  Defendants appeared through their counsel, Matthew Wilson.  In light of the record before the court, the discussion occurring at the hearing and good cause, IT IS HEREBY ORDERED that:

        1. Trial is confirmed for May 20, 2013 at 9:00 a.m.

        2. Any motions in limine must be filed no later than April 29, 2013.  Oppositions must be filed no later than May 13, 2013.

        3. Proposed voir dire and / or jury instructions must be filed no later than May 13, 2013.

        4. Trial briefs shall be filed no later than May 6, 2013.  The parties need not adhere to Local Rule 285 with respect to the contents of their trial briefs.  For example, the court

1

1  does not need the parties to identify the elements of plaintiff's Eighth Amendment excessive
2  force claim.  The parties may use their trial briefs to inform the court of anything related to trial
3  or settlement that they feel should be brought to the court's attention in advance of trial.

4           5.  By no later than March 27, 2013, the Warden at plaintiff's place of
5  incarceration is ordered to allow plaintiff to review plaintiff's medical records and make copies
6  of any record related to injuries sustained by plaintiff on January 27, 2010.  If plaintiff wishes to
7  seek admission into evidence at trial of documents from his medical file not already identified in
8  the court's January 23, 2013 Pretrial Order or the February 14, 2013 amendment thereto, or if
9  plaintiff wishes to have any other witnesses testify in light of information provided in those
10 documents, he must provide the court and counsel for defendants with notice no later than April
11 3, 2013.  In said notice, plaintiff must describe such documents with specificity and name any
12 witnesses.  If counsel for defendants requires copies of the documents, the documents shall either
13 be provided by plaintiff or by the Warden at plaintiff's place of incarceration.  Furthermore, if
14 plaintiff seeks to add additional documents as exhibits, counsel for defendants is authorized to
15 review plaintiff's medical file in its entirety and the Warden shall make the file available to
16 counsel.  By no later than April 10, 2013 defendants may inform the court of any objection they
17 may have to plaintiff offering the documents as exhibits.  Also, by April 10, counsel for
18 defendants must identify any documents they seek to have admitted for the purpose of rebutting
19 plaintiff's new proposed exhibits and any new witnesses needed for rebuttal.  If counsel for
20 defendants offers documents in rebuttal of plaintiff's and / or proposes new witnesses, plaintiff
21 has until April 17, 2013 to file any objections he might have to those exhibits and / or witnesses
22 with the court.
23 /////
24 /////
25 /////
26 /////

1    6. Plaintiff's February 28, 2013 "motion to alter" (Dkt. No. 65) is denied for
2 reasons stated at the trial confirmation hearing, and the Clerk of the Court is directed to terminate
3 plaintiff's March 4, 2013 (Dkt. No. 66) motion for an extension of time.
4    7. The Clerk of the Court is directed to serve this order on the Warden at
5 plaintiff's place of incarceration.

 Dated: March 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
stri3247.tch