IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON STRIBLING,

     Plaintiff,              No. 2:10-cv-3247 CKD P

    vs.

BORTOLOMEDI,

     Defendant.         ORDER

                  /

         In light of plaintiff's April 1, 2013, request for an extension of time, and defendant's response, IT IS HEREBY ORDERED that certain dates established in the court's March 15, 2013 order are modified as follows:

         1. Trial is confirmed for May 20, 2013 at 9:00 a.m.

         2. Any motions in limine must be filed and served no later than April 29, 2013. Oppositions must be filed no later than May 13, 2013.

         3. Proposed voir dire and / or jury instructions must be filed no later than May 13, 2013.

         4. Trial briefs shall be filed no later than May 6, 2013.  The parties need not adhere to Local Rule 285 with respect to the contents of their trial briefs.  For example, the court does not need the parties to identify the elements of plaintiff's Eighth Amendment excessive

force claim. The parties may use their trial briefs to inform the court of anything related to trial or settlement that they feel should be brought to the court's attention in advance of trial.

      5. If plaintiff wishes to seek admission into evidence at trial of documents from his medical file not already identified in the court's January 23, 2013 Pretrial Order or the February 14, 2013 amendment thereto, or if plaintiff wishes to have any other witnesses testify in light of information provided in those documents, he must serve the court and counsel for defendants with notice no later than April 18, 2013. In said notice, plaintiff must describe such documents with specificity and name any witnesses.[1]

Dated: April 11, 2013

_____

CAROLYN K. DELANEY

UNITED STATES MAGISTRATE JUDGE

stri3247.tch(1)

---

[1] The parties are reminded that the court's pretrial order identifies procedures for seeking admission of evidence not already identified in the pretrial order. Those procedures should be utilized by defendants if they believe the admission of additional evidence is appropriate after reviewing any new exhibits or witnesses proposed by plaintiff.