IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRIBLING, | No. 2:10-cv-3247 CKD P |
| Plaintiff, | |
| vs. | ORDER APPOINTING LIMITED |
| BORTOLEMEDI, | PURPOSE PRO BONO COUNSEL |
| Defendant. | |
| _____ / | |

      Plaintiff is a prisoner proceeding pro se in an action under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference. The court has located pro bono counsel willing to represent plaintiff for the limited purpose of assisting with settlement negotiations.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Rachael Smith is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff with settlement negotiations during a settlement conference on May 29, 2013.

////

1     2.  Rachael Smith shall notify Sujean Park, at (916) 930-4278 or via email at
2  spark@caed.uscourts.gov, if she has any questions related to this appointment.
3     3.  The Clerk of the Court is directed to serve a copy of this order upon Rachael
4  Smith, Shook Hardy & Bacon LLP,1 Montgomery Street, Suite 2700, San Francisco, California
5  94104.

Dated: May 21, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/sp
stri3247.31(a)