IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRIBLING, | No. 2:10-cv-3247 CKD P |
|     Plaintiff, | |
|   vs. | |
| BORTOLEMEDI, | ORDER |
|     Defendant. | |
| _____/ | |

    Plaintiff is proceeding with an action for violation of civil rights under 42 U.S.C. § 1983. On May 21, 2013, the court appointed Rachael Smith to represent plaintiff at the settlement conference held May 29, 2013. At the settlement conference, Ms. Smith indicated that she should would be willing to act as plaintiff's counsel for the remaining proceedings before this court. In accordance with the above, IT IS HEREBY ORDERED that:

    1. Rachael Smith is appointed to represent plaintiff for the duration of the proceedings in this case before this court; and

/////

/////

/////

2. This matter is set for status conference on June 12, 2013 at 10:00 a.m. At the status conference, counsel for plaintiff shall be prepared to discuss whether any further discovery is necessary and both counsel for plaintiff and defendant shall be prepared to discuss when this matter should proceed to trial.

3. Counsel for both parties may appear telephonically at the status conference.

Dated: May 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] stri3247.31(b)