Randall D. Haimovici (SBN 213635)
rhaimovici@shb.com
Rachael M. Smith (SBN 257866)
rxsmith@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California  94104-4505
Telephone:   415.544.1900
Facsimile:    415.391.0281

Attorneys for Plaintiff
AARON STRIBLING
[Additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AARON STRIBLING, | Case No. 2:10-CV-3247 CKD P |
| Plaintiff, | **STIPULATION TO CONTINUE DATE TO COMPLETE DEPOSITIONS AND STATUS CONFERENCE & ORDER** |
| vs. | |
| BORTOLEMEDI., | Judge:  Judge Carolyn K. Delaney |
| Defendant. | Action Filed:  November 20, 2007 |

Plaintiff Aaron Stribling and Defendant Bortolemedi hereby stipulate to continue the deadline for Plaintiff to complete the depositions of Bortolemedi, Defazio, and Ybarra from July 19, 2013 to September 19, 2013, and to continue the status conference from August 14, 2013 until after September 19, 2013, for the reasons set forth in the attached declaration.

Dated:  July 17, 2013                          Respectfully submitted,

WILLIAMS & ASSOCIATES

*/s/  Matthew Ross Wilson*
MATTHEW ROSS WILSON
*Attorneys for Defendant Bortolemedi*

1  Dated: July 17, 2013                              Respectfully submitted,

2                                                    SHOOK, HARDY & BACON, L.L.P.

3                                                    */s/ Rachael M. Smith*
                                                     ───────────────────────────────
4                                                    RANDALL D. HAIMOVICI
                                                     RACHAEL M. SMITH
5                                                    *Attorneys for Plaintiff Aaron Stribling*

6

7

8          PURSUANT TO THE STIPULATION, IT IS ORDERED THAT the Plaintiff shall

9  complete the depositions of Bortolemedi, DeFasio, and Ybarra on September 19, 2013 and

10 that the status conference is continued to September 25, 2013.

11 Dated: July 22, 2013

12                                                   *[signature: Carolyn K. Delaney]*
                                                     ───────────────────────────────
                                                     CAROLYN K. DELANEY
13                                                   UNITED STATES MAGISTRATE JUDGE