UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRBLING, | No. 2:10-cv-3247 CKD P |
| Plaintiff, | |
| v. | ORDER |
| BORTOLEMEDI, et al., | |
| Defendants. | |

Counsel for plaintiff requests that the court order officials at plaintiff's prison to make plaintiff available for a confidential telephone call with counsel. Good cause appearing, IT IS HEREBY ORDERED that the Warden at Salinas Valley State Prison shall allow plaintiff to speak confidentially with his counsel over the telephone at 2:00 p.m. on Friday, August 9, 2013. The Clerk of the Court shall serve a copy of this order upon the Warden at Salinas Valley State Prison.

Dated: August 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
stri3247.tc