UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRIBLING, | No. 2:10-cv-3247 CKD P |
| Plaintiff, | |
| v. | ORDER |
| BORTOLEMEDI, et al., | |
| Defendants. | |

This matter came on for status conference on September 25, 2013. Both parties appeared by counsel. In light of matters discussed at the status conference, and the record before the court, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his pretrial statement within 30 days. Plaintiff shall refer to Local Rule 281 for contents of pretrial statements. If plaintiff would like to call any inmate (other than plaintiff) as a witness at trial, plaintiff should refer to the court's April 5, 2012 order (ECF No. 29).

2. Defendant's pretrial statement shall be filed no later than 14 days after plaintiff's is filed.

/////

/////

/////

3. All outstanding motions in limine (ECF Nos. 79-85) and defendant's motion to bifurcate (ECF No. 86) are denied without prejudice to renewal at the appropriate time.

Dated: September 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
stri3247.stat