UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRIBLING,           | No.  2:10-cv-3247 CKD P |
| Plaintiff, | |
| v. | ORDER |
| BORTOLEMEDI, et al., | |
| Defendants. | |

Good cause appearing, this matter is set for telephonic conference on Wednesday, June 4, 2014 at 10:00 a.m to discuss plaintiff's pending motion to relieve his counsel.  By no later than 5:00 p.m. on Tuesday, June 3, counsel for each party shall inform Courtroom Deputy Kyle Owen, (916) 930-4004, of a phone number where they can be reached for the conference.  The Clerk of the Court is directed to serve a copy of this order on the warden and litigation coordinator at California State Prison, Sacramento.  By no later than 5:00 p.m. on Tuesday, June 3, the litigation coordinator shall also inform Mr. Owen of a phone number where plaintiff can be reached for the telephonic conference.

Dated:  May 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/strib3247.tc