UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRIBLING, | No.  2:10-cv-3247 CKD P |
| Plaintiff, | |
| v. | ORDER |
| BORTOLEMEDI, | |
| Defendant. | |

On October 14, 2014, plaintiff filed a motion asking that he be permitted to wear civilian clothing (meaning not a prison uniform) during trial which is scheduled to begin November 4. Plaintiff's request is not opposed by defendant.  Good cause appearing, plaintiff's request (ECF No. 140) is granted.

Dated:  October 30, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
stri3247.clo